Argued and submitted June 12, reversed September 22, 1980

In the Matter of the Compensation of
FIRKUS,
*Petitioner,*
*v.*
ALDER CREEK LUMBER CO., et al,
*Respondents.*
(Nos. 78-386 & 78-10,304, CA 16396)
617 P2d 625

Robert K. Udziela, Portland, argued the cause for petitioner. With him on the brief were Pozzi, Wilson, Atchison, Kahn & O'Leary, and Dan O'Leary, Portland.

Margaret H. Leek Leiberan, Portland, argued the cause for respondent Alder Creek Lumber Co.

Darrell E. Bewley, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent State Accident Insurance Fund. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

This is a companion case to *Firkus v. Alder Creek Lumber,* 48 Or App 251, 617 P2d 620 (1980), in which we held that Alder Creek Lumber Company and its carrier EBI Companies, and not the Vocational Rehabilitation Division and its carrier SAIF, are responsible for claimant's industrial injury. Hence, the award of compensation to be paid by SAIF in this action is reversed.

Reversed.